UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00075-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES ENCISO-VILIEBRE, a/k/a Andres Aguilar, a/k/a Andres Enciso, a/k/a Jose Aguilar-Biliebre, a/k/a Daniel Cominos, a/k/a Daniel Aguilar, a/k/a Daniel Aguilar-Cominos, a/k/a Andres Biliebre

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, April 9, 2010,** and responses to these motions shall be filed by **Friday, April 23, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, April 29, 2010, at 3:00 p.m. in courtroom A-1002** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, May 10, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 12th day of March, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge