UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00075-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES ENCISO-VILIEBRE, a/k/a Andres Aguilar, a/k/a Andres Enciso, a/k/a Jose Aguilar-Biliebre, a/k/a Daniel Cominos, a/k/a Daniel Aguilar, a/k/a Daniel Aguilar-Cominos, a/k/a Andres Biliebre

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the sentencing hearing set for Tuesday, August 31, 2010 at 10:00 a.m. is **VACATED.** The parties shall meet and confer and contact chambers to reschedule the hearing.

    Dated: August 9, 2010