UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00075-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES ENCISO-VILIEBRE, a/k/a Andres Aguilar, a/k/a Andres Enciso, a/k/a Jose Aguilar-Biliebre, a/k/a Daniel Cominos, a/k/a Daniel Aguilar, a/k/a Daniel Aguilar-Cominos, a/k/a Andres Biliebre,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing hearing set for Friday, November 5, 2010, at 11:00 a.m., in Courtroom A-1002 is hereby **VACATED.** The hearing is **RESET** for **Monday, November 22, 2010 at 11:00 a.m.**

    Dated: November 1, 2010