UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00075-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  ANDRES ENCISO-VILIEBRE, a/k/a Andres Aguilar, a/k/a Andres Enciso, a/k/a Jose Aguilar-Biliebre, a/k/a Daniel Cominos, a/k/a Daniel Aguilar, a/k/a Daniel Aguilar-Cominos, a/k/a Andres Biliebre,

 Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines § 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that Government's Motion for Decrease for Acceptance of Responsibility [doc. #20], filed June 4, 2010, is **GRANTED.**  It is further

ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this 22nd day of November, 2010.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL,
        CHIEF UNITED STATES DISTRICT JUDGE